IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

| | |
|---|---|
| MARIE ZAMOR           * <br> VLADIMIR JANVIER      * <br> ESTATE OF NATACHA ZAMOR  * <br> * <br> * <br> Plaintiffs,      * <br> * <br> vs               * <br> * <br> * <br> APPLE INC.           * <br> * <br> * <br> Defendant.      * | Case Number: **18-cv-10704-ADB** <br><br> **JURY TRIAL REQUESTED** |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT**

COME NOW, Plaintiffs Marie Zamor ("Zamor"), Vladimir Janvier ("Janvier"), and Estate of Natacha Zamor ("Estate") (collectively referred to as ("the Family"), by and through their undersigned counsel of record, hereby pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court that the Family voluntarily dismisses this complaint without prejudice. The Defendant has not answered the complaint or moved for summary judgment on any of the claims asserted therein. Therefore, the Family dismissal of this complaint is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order.

Respectfully submitted
/s/ Donald LaRoche
Donald LaRoche
Bar No. 659378
Attorney for Plaintiffs
Law Office of Donald LaRoche
3360 Post Office Road #1801
Woodbridge, VA 22195
Telephone: (774) 204-1016
Facsimile: (774) 678-3023
Email: **dlaroche@dlesq.net**

Dated: October 17, 2018